

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,603-01

### IN RE NOE ARTIGA, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. 133391001010 IN THE 182ND DISTRICT COURT
FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he wrote to the Harris County District Clerk requesting an estimate of the cost of the reporter's and clerk's records from his case. He alleges the District Clerk responded with a form notice citing to Section 552.028 of the Government Code and noting that a governmental body is not required to accept or comply with a request for information from prisoners.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response stating whether he received a request from the Relator for a

statement of costs for his records. If the District Clerk received such a request, he shall state the nature of his response and, if available, provide a copy of the response. If the District Clerk received such a request and did not respond, he shall provide his rationale for not responding. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: March 2, 2016
Do not publish